

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 1 4 2019

JAMES W. McCORMACK, CLERK
By:_____
　　　　　　　　　　　　DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA
V.
KEVIN PURNELL

Case Number: 4:09-CR-00231-01-KGB
USM Number: 25633-009

**Date of Original Judgment:**　　　July 12, 2010

**Date of Previous Amended Judgment:** n/a
*(Use Date of Last Amended Judgment if Any)*

n/a
Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of ☐ the defendant　　C the Director of the Bureau of Prisons　　X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
　　☐ DENIED.
　　X GRANTED and the defendant's previously imposed sentence of imprisonment of
　　　　180 months **is reduced to 151 months.**

Except as provided above, all provisions of the judgment dated July 12, 2010 will remain in effect.

**IT IS SO ORDERED.**

Order Date: January 14, 2019

Kristine G. Baker
United States District Judge